LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for Defendants BECKMAN COULTER, INC., DANAHER CORPORATION, and GAYLEN ROBERT LAUDIE

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABBAS JAFARI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BECKMAN COULTER, INC., a Foreign Corporation; DANAHER CORPORATION, a Foreign Corporation; GAYLEN ROBERT LAUDIE, an individual; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02000-MMD-NJK<br><br>**JOINT STIPULATION TO EXTEND DISCOVERY DEADLINES.**<br><br>**(Second Request)** |

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety (90) days. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. This request for an Extension of Time, is not brought for purposes of delay, but rather for the sole purpose of allowing the parties to diligently and adequately prepare their respective cases for settlement discussions or trial.

This stipulation is brought in compliance with LR 26-3 as it is filed more than 21 days before the expiration of the parties Rebuttal Expert Disclosure deadline which is currently set for December

l

e

e

exploring settlement.

**I. Summary of Discovery Completed:**

Both the Plaintiff and Defendants have prepared and served their FRCP 26(a)(1) initial disclosures. Plaintiff propounded his first set of requests of admissions, requests for production, and interrogatories on October 13, 2026. Defendants have propounded and served their first set of requests for admissions, requests for production and interrogatories on Plaintiff. Plaintiff provided medical authorizations to Defendants and Defendants have subpoenaed the medical records. Defendants served their disclosure of their medical expert and report on November 12, 2026. Plaintiffs served their disclosure of expert witnesses on November 13, 2026.

**II. Discovery to be Conducted:**

**a.** Responses to written discovery described above;

**b.** Rule 35 examination of Plaintiff

**c.** Depositions of parties;

**d.** Depositions of treating physicians;

**e.** Depositions of expert witnesses;

**f.** Other discovery as needed.

**III. Why the Remaining Discovery Could not be Completed:**

This matter was removed to Federal Court on July 1, 2026. ECF No. 1. Defendants filed their Answer to Plaintiff's Complaint on July 13, 2026. ECF No. 5. On August 18, 2026, the parties held their Fed R. Civ. P. 26(f) conference, and the proposed Stipulated Discovery Plan and Scheduling Order was filed with the Court on August 26, 2026. ECF No. 10. The parties agreed to the standard 180-day discovery period from the date Defendants filed their Answer to Plaintiff's Complaint. The Scheduling Order was issued on September 1, 2026. ECF No. 11. On October 13, 2026, this Court denied the parties first request for extension of deadlines. ECF No. 13. Since that time, the parties have continued to engage in discovery and have made good faith attempts to

s

r

ninety (90) days. This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

Good Cause is applicable in this case because despite diligent efforts to gather records, the parties are still waiting for records which have been subpoenaed, but not received from non-party medical providers, employers, and other custodians of records. These documents are necessary for completion of supplemental expert review and damages evaluation and the rebuttal report. Defendants have requested a date for the Rule 35 examination of Plaintiff, and since Defendants' medical expert is only in Nevada on specific days of the month, it has taken a little longer to find a date that is mutually agreeable for both the examining physician and Plaintiff. Without a Rule 35 examination and a full picture of Plaintiff's medical history through the medical records, it would be premature to depose Plaintiff and ask the Defense expert to prepare a rebuttal report. Complete information is necessary for the assessment of damages. In addition, Defense counsel has had to travel out of state several times in the last three months due to family medical issues. In the meantime, the parties have been engaging in good faith discussions to try to resolve this matter at an early stage.

Based on the above, the parties respectfully request an additional ninety (90) days to conduct discovery, take depositions, and continue to explore the possibility of settlement. Good cause is applicable in this case because despite diligent efforts to gather the records, it has taken longer than usual to obtain information related to Plaintiffs medical and employment history.

This is the parties second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and good cause for the extension of discovery deadlines.

/ / /

/ / /

/ / /

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

| | | |
|---|---|---|
| | | |
| | | |
| Rebuttal Expert Disclosure | December 14, 2026 | **March 14, 2027** |
| Last Day to File Dispositive Motions | February 10, 2027 | **May 11, 2027** |
| Joint Pretrial Order | Monday, March 12, 2027<br><br>*If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* | **June 10, 2027**<br>*If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

WHEREFORE, the parties respectfully request this Court extend the discovery period by ninety (90) days from the current date for disclosure of rebuttal experts (December 14, 2026) up to and extend the other dates as outlined in accordance with the table above.

**IT IS SO STIPULATED**

DATED this 17th day of November, 2026

**HEIDARI LAW GROUP, PC**

*/s/ Sam Ryan Heidari*

Sam Ryan Heidari, Esq.
Nevada Bar No. 13347
611 South 6th Street
Las Vegas, Nevada 89101
Attorneys for Plaintiff

DATED this 17th day of November, 2026

**LEWIS BRISBOIS BISGAARD & SMITH**

*/s/ Josh Cole Aicklen*

Josh Cole Aicklen, Esq.
Nevada Bar No. 7254
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendants

IT IS THEREFORE Ordered that the Stipulation is GRANTED and that the following deadlines shall govern discovery.

| **SCHEDULED EVENT** | **DEADLINE** |
|---|---|
| Close of Discovery | April 12, 2027 |
| Rebuttal Expert Disclosure | March 14, 2027 |
| Last Day to File Dispositive Motions | May 11, 2027 |
| Joint Pretrial Order | June 10, 2027<br>If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions. |

The showing of diligence is thin, especially in seeking such a lengthy extension. Nonetheless, the Court **GRANTS** this stipulation with the caveat that no further extensions will be allowed.

.

IT IS SO ORDERED.
Dated: November 17, 2026

.

.

______________________________
Nancy J. Koppe
United States Magistrate Judge